UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JULIE DEEANN VICK,

    Plaintiff,

v.                               Case No. 3:21cv209-TKW-HTC

BAPTIST HEALTH CARE
CORPORATION,

    Defendant.
_____/

## ORDER OF DISMISSAL

Based on the parties' joint stipulation of dismissal with prejudice (Doc. 15), it is **ORDERED** that this case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Clerk shall close the case file.

**DONE and ORDERED** this 23rd day of May, 2022.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**